UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

ROY ALLEN TREADWAY )
)
v. ) NO. 2:12-CV-60
)
GREENE COUNTY SHERIFF'S DEP'T, )
GREENE COUNTY JAIL, SHERIFF )
STEVE BURNS, CAPT. NEIL )
MATTHEWS, DR. MATTHEWS, and )
NURSE SHERRY SOWERS )

## MEMORANDUM

This is a *pro se* prisoner's civil rights action under 42 U.S.C. § 1983. On May 7, 2012, the Court entered an order, notifying plaintiff of certain deficiencies in his lawsuit, specifically the omission of the filing fee or the documents required for pauper status (Doc. 2). Plaintiff was forewarned that, unless he corrected the cited deficiencies within thirty (30) days, the Court would assume that he is not a pauper, assess the entire filing fee, and dismiss his case.

More than thirty days have passed, and plaintiff has failed to submit the filing fee or the necessary pauper documents, or even to respond to the order.

Accordingly, plaintiff is **ASSESSED** the civil filing fee of three hundred and fifty dollars ($350.00), and this action will be **DISMISSED WITH PREJUDICE** for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007).

A separate order of judgment will enter.

**ENTER:**

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE